# ELECTRONIC RECORD

039-15
040-15
041-15

COA # 14-13-00149-CR

STYLE: Larrlyon Deshun Williams v The State of Texas

COA DISPOSITION: Affirmed

DATE: November 25, 2014    Publish: Yes

OFFENSE: Attempted Capital Murder

COUNTY: Fort Bend

TRIAL COURT: 240th District Court

TC CASE #:10-DCR-054995A

## IN THE COURT OF CRIMINAL APPEALS

STYLE: Larrlyon Deshun Williams v The State of Texas

CCA # _____

039-15, 040-15, 041-15

___APPELLANT'S___    Petition
FOR DISCRETIONARY REVIEW IN CCA IS:

___REFUSED___

DATE: 02/25/2015

JUDGE: _Per Curiam_

CCA Disposition: _____

DATE: _____

JUDGE: _____

SIGNED: _____    PC: _____

PUBLISH: _____    DNP: _____

-------------------------

_____ MOTION FOR

FOR REHEARING IN CCA IS: _____

JUDGE: _____

## ELECTRONIC RECORD